IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUGO ALEXANDER BARBOSA-VAQUERO,                    PETITIONER
A# 241-276-714

V.                                                CIVIL NO. 5:26-cv-215-DCB-BWR

ATTORNEY GENERAL OF THE
UNITED STATES, et al.                             RESPONDENTS

## ORDER

Pro se Petitioner Hugo Alexander Barbosa-Vaquero ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi, and brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  The Court directs Petitioner to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts.*[1]  It is hereby,

ORDERED that on or before April 27, 2026, Petitioner shall either complete, sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a Form AO-242 Petition to Petitioner at his address of record.

---

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

The Court warns Petitioner that failure to advise this Court of a change of address or a failure to comply with any Order of this Court will result in the dismissal of this case.

THIS the 26th day of March, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE