IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUGO ALEXANDER BARBOSA-VAQUERO,                        PETITIONER
A# 241-276-714

V.                                                            CIVIL NO.  5:26-cv-215-DCB-BWR

ATTORNEY GENERAL OF THE
UNITED STATES, et al.                                        RESPONDENTS

ORDER TO SHOW CAUSE

A Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 was filed on

behalf of immigration detainee Hugo Alexander Barbosa-Vaquero.  The Petition [1]

identified Barbosa-Vaquero as an immigration detainee housed at the Adams

County Correctional Center in Natchez, Mississippi but the Petition was signed by

Genesis Bonilla Cordero.  Because the Petition was not signed and sworn under

penalty of perjury by Barbosa-Vaquero, and contained other deficiencies, the Court,

on March 26, 2026, entered an Order [2].  The Order [2] directed Barbosa-Vaquero,

on or before April 10, to file a Petition that complies with Rule 2 of the *Rules*

*Governing Section 2254 Cases in the United States District Courts* and the habeas

statutes by completing, signing, and filing a form "Petition For A Writ of Habeas

Corpus Under 28 U.S.C. § 2241."  Order [2] at 1.  The Order [2] warned Barbosa-

Vaquero that his failure to comply with the requirements of the Order will lead to

the dismissal of his Petition.

On March 30, 2026, a document titled "Supplement to Petition for Writ of

Habeas Corpus," signed by Cordero was filed in this case.  *See* ECF No. 3.  It is not

completion of the form petition provided by the Order [2] nor is it signed by Barbosa-Vaquero.  To date, the Court does not have a Petition filed by detainee and Petitioner Barbosa-Vaquero that meets the Habeas Rules or applicable statutes. Since Petitioner Barbosa-Vaquero is proceeding pro se, the Court will provide Petitioner with one additional opportunity to comply with the Court's Order prior to the dismissal of this case.

The Court further notes that Barbosa-Vaquero is the individual identified as the immigration detainee that is seeking habeas corpus relief in this cause. Therefore, Barbosa-Vaquero is the Petitioner in this case, and he may represent himself or be represented by counsel, but a non-licensed attorney may not represent another individual in this Court.  Accordingly, it is hereby,

ORDERED:

(1)  That on or before May 15, 2026, Petitioner Barbosa-Vaquero shall file a written response showing cause why this case should not be dismissed for his failure to comply with a Court Order;

(2)  That on or before May 15, 2026, Petitioner Barbosa-Vaquero shall comply with the Order [2] of March 26, 2026, by completing, signing, and filing a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" or a Notice of Voluntary Dismissal.

(3)  That the Court warns Petitioner Barbosa-Vaquero that his failure to advise this Court of a change of address or his failure to timely comply with this Order or any Order of this Court will be deemed as a purposeful delay and

2

contumacious act by the Petitioner and will result in this cause being dismissed without further notice to the Petitioner.

THIS, the 1st day of May, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE