IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUGO ALEXANDER BARBOSA-VAQUERO,                    PETITIONER
A# 241-276-714

V.                                          CIVIL NO.  5:26-cv-215-DCB-BWR

ATTORNEY GENERAL OF THE
UNITED STATES, et al.                              RESPONDENTS

<u>FINAL ORDER TO SHOW CAUSE</u>

A Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 was filed on behalf of immigration detainee Hugo Alexander Barbosa-Vaquero.  The Petition [1] identified Barbosa-Vaquero as an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi but the Petition was signed by Genesis Bonilla Cordero. Because the Petition was not signed and sworn under penalty of perjury by Barbosa-Vaquero, and contained other deficiencies, the Court, on March 26, 2026, entered an Order [2].  The Order [2] directed Barbosa-Vaquero, on or before April 27, to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts* and the habeas statutes by completing, signing, and filing a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241."  Order [2] at 1.  The Order [2] warned Barbosa-Vaquero that his failure to comply with the requirements of the Order will lead to the dismissal of his Petition.

On March 30, 2026, a document titled "Supplement to Petition for Writ of Habeas Corpus," signed by Cordero was filed in this case.  *See* ECF No. 3.  It is not completion of the form petition provided by the Order [2] nor is it signed by Barbosa-Vaquero.  Since the Court does not have a Petition filed by detainee and Petitioner Barbosa-Vaquero that meets the Habeas Rules or applicable statutes, the Court entered an Order to Show Cause [8].  The

Order directed Petitioner, on or before May 15, 2026, to show cause why this case should not be dismissed for his failure to comply.  To date, Petitioner has not responded or otherwise contacted the Court.  Since Petitioner Barbosa-Vaquero is proceeding pro se, the Court will provide Petitioner with one final opportunity to comply with the Court's Orders prior to the dismissal of this case.  Accordingly, it is hereby,

ORDERED:

(1)  That on or before June 11, 2026, Petitioner Barbosa-Vaquero shall file a written response showing cause why this case should not be dismissed for his failure to comply with two Court Orders;

(2)  That on or before June 11, 2026, Petitioner Barbosa-Vaquero shall comply with the Order [2] of March 26, 2026, by completing, signing, and filing a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" or a Notice of Voluntary Dismissal.

(3)  That the Court warns Petitioner Barbosa-Vaquero that his failure to advise this Court of a change of address or his failure to timely comply with this Order or any Order of this Court will be deemed as a purposeful delay and contumacious act by the Petitioner and will result in this cause being dismissed without further notice to the Petitioner.

THIS, the 28th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2